IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

ROBERT TAYLOR,
        Plaintiff,                          3:21-CV-01120 (DEP)

  -v-

COMMISSIONER OF
SOCIAL SECURITY,
        Defendant.

## STIPULATION FOR ATTORNEY FEES

**IT IS HEREBY STIPULATED** by and between Vernon Norwood, Special Assistant United States Attorney, for Carla B. Freeman, the United States Attorney for the Northern District of New York, attorneys for the defendant herein, and Peter A. Gorton, Esq., attorney for the Plaintiff, that the Acting Commissioner of Social Security shall pay Plaintiff the sum of **$6,366.25** in attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel and provided Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

It is further agreed that Plaintiff is awarded costs under 28 U.S.C. § 1920 in the amount of $0.00 as this case was filed *in forma pauperis*.

DATED:   Syracuse, New York, May 30, 2023

CARLA B. FREEMAN                      LACHMAN GORTON LAW FIRM
United States Attorney                        Attorneys for Plaintiff

BY:  */s/ Vernon Norwood*              BY:   *s/Peter Gorton*
      VERNON NORWOOD                           PETER GORTON, Esq.
      Special Assistant United States Attorney   P.O. Box 89
      Office of Program Litigation, Office 2      1500 East Main Street
      Office of the General Counsel            Endicott, New York 13761-0089 (607)
      Social Security Administration            754-0500
      6401 Security Boulevard                  office@lglaw.com
      Baltimore, Maryland 21235
      (212) 264-9471
      vernon.norwood@ssa.gov

**SO ORDERED:**

_____
David E. Peebles
United States Magistrate Judge

Syracuse, New York
May 31, 2023